ADRIENNE C. PUBLICOVER, ESQ.  (SBN 161432)
DENNIS J. RHODES, ESQ.  (SBN 168417)
LEONARD D. GREENE, ESQ.  (SBN 236463)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
AMERICAN INTERNATIONAL LIFE ASSURANCE
COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MURGUIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No.: 1:05-CV-01455-OWW-DLB<br><br>**REQUEST FOR ORDER ALLOWING DEFENDANT A.I. LIFE'S REPRESENTATIVE TO APPEAR VIA TELEPHONE AT THE MANDATORY SETTLEMENT CONFERENCE**<br><br>Date: September 12, 2006<br>Time: 10:00 a.m.<br>Dept. Courtroom 9<br>Judge: Hon. Dennis L. Beck |

　　　　The Scheduling Conference Order of the Court dated March 9, 2006, set the Mandatory Settlement Conference in this matter on September 12, 2006, to be conducted by Magistrate Judge Dennis L. Beck.  Pursuant to Local Rule 16-270(f)(1), defendant, American International Life Assurance Company ("A.I. Life"), hereby requests that this Court allow its representative to appear by telephone at the Mandatory Settlement Conference for Good Cause as follows:

　　　　This matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1000, et seq., and is a claim for $20,000 in life insurance proceeds.  The

1  parties in this action have been and continue to work to resolve this matter in advance of the
2  Mandatory Settlement Conference.

3      The representative for A.I. Life, William P. Woods, Esq., is based in New York and would
4  incur significant expenses to travel to California for the Mandatory Settlement Conference and
5  wishes to forego such expense.  Mr. Woods has appeared by telephone at other settlement
6  conferences where counsel for A.I. Life has appeared in person and resolved such matters
7  successfully even though Mr. Woods was available by telephone.

8      Counsel for plaintiff, Jerry Vega, Esq., met and conferred with counsel for A.I. Life and
9  agreed that there would be no impediment to the settlement conference to have Mr. Woods
10 available by telephone.

11     Therefore, A.I. Life respectfully requests that the Court allow Mr. Woods to be available
12 by telephone for the Mandatory Settlement Conference.

14 Dated: August 31, 2006        WILSON, ELSER, MOSKOWITZ,
15             EDELMAN & DICKER LLP

16         By:      */s/ Dennis J. Rhodes*
            ADRIENNE C. PUBLICOVER
17             DENNIS J. RHODES
            LEONARD D. GREENE
18             Attorneys for Defendant
            AMERICAN GENERAL LIFE AND ACCIDENT
19             INSURANCE COMPANY

21 **IT IS SO ORDERED.**

24 Dated: September 5, 2006      /s/ *Dennis L. Beck*
25             Honorable Dennis L. Beck