UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO MURGUIA, | ) | |
| | ) | 1:05-CV-01455 OWW DLB |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| AMERICAN INTERNATIONAL LIFE, etc., | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: October 12, 2006             /s/ OLIVER W. WANGER

                                    United States District Judge

1